IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DONNA KENNEDY, individually and as )
next of kin of decedent ALBERT RAY )
FINCH, )
)
)
    Plaintiff, )
) Case No. 3:13-0277
v. ) Chief Judge Haynes
)
)
CHEATHAM COUNTY, TENNESSEE, )
et al., )
)
    Defendants. )

## ORDER

Before the Court is the plaintiff's stipulation of dismissal of Defendants City of Kingston Springs, Eugene Ivy, Nathan Palazzi, and T.C. Swaggerty. (Docket Entry No. 13). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), these Defendants are **DISMISSED with prejudice**. Each party to pay its own costs, attorney's fees, and expenses.

It is so **ORDERED**.

ENTERED this the ___ day of May, 2013.

                                          WILLIAM J. HAYNES, JR.
                                          Chief Judge
                                          United States District Court